Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

T. G. R. PIERSON COMPANY, INC., Appellant, v. SULTZER & CHAMBRE, INC., Defendant, Impleaded with WILLIAM A. F. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOPHIE HERBERT, Appellant, v. EDWARD HERBERT, Respondent.— Orders affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALBERT P. WELLS, Appellant, v. JOSEPH C. BROWNSTONE and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and original order for examination reinstated; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARY ANN HANDKERCHIEF CORPORATION, Appellant, v. JAMES GORDON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting.

UNITED FRUIT COMPANY, Appellant, v. ALEJANDRO ANGEL & COMPANY, INC., Respondent, Impleaded with CARIBBEAN STEAMSHIP CO., LTD., INC., and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD B. GRAVES, Respondent, v. CLARENCE H. VENNER, Appellant.— Order affirmed, with ten dollars costs and disbursements; date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD B. GRAVES, Respondent, Appellant, v. CLARENCE H. VENNER, Appellant, Respondent.— Order affirmed, without costs; date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISAAC O. SCHIFF and Another, Appellants, v. ISAAC GOLDBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EULA KATE B. TUTTLE, Respondent, v. CAMERON BLAIKIE, Appellant.— Order affirmed, with ten dollars costs and disbursements, and original order for examination modified by striking out the words " and his reasons therefor " in the 8th paragraph thereof. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE PSAROUDIS and Another, Doing Bus'ness under the Firm Name and Style of BRIGHT STAR AND SUNSHINE LAUNDRY COMPANY, Respondents, v. RACHAEL MARKOWITZ, Individually and as Executrix, etc., of HERMAN MARKOWITZ, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements; amended complaint to be served within fifteen days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.